## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Alliance to Protect Nantucket Sound, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 14-322 (RBW) |
| ) | |
| Federal Aviation Administration, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff the Alliance to Protect Nantucket Sound and Defendant Federal Aviation Administration hereby settle the above entitled lawsuit brought under the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA") on the following terms:

1. Plaintiff agrees to dismiss this suit with prejudice.

2. Defendant shall pay a total sum of $10,000.00 (ten thousand dollars) in attorneys' fees and costs to Plaintiff. Payment of this sum shall be made without undue delay, and after the submission of Plaintiff's pertinent electronic banking information.

3. This Stipulation of Settlement constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the complaint filed in this lawsuit and (b) any litigation or administrative proceeding that Plaintiff has brought, could bring, or could have brought regarding Plaintiff's FOIA request in this case.

4. This Stipulation of Settlement does not constitute an admission of liability or fault on the part of Defendant, the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

5.       This Stipulation of Settlement is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

6.       This Stipulation may be executed in two or more counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be one and the same agreement. A facsimile or other duplicate of a signature shall have the same effect as a manually-executed original.

7.       Execution and filing of this Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendant constitutes a dismissal of these lawsuits, with prejudice, pursuant to Rule 41(a)(1)(A)(ii). Any and all remaining issues are waived.

Dated:  November 14, 2014                                                     Respectfully Submitted,

/s/ *James O. Bickford*                                RONALD C. MACHEN JR., Bar # 447889
JAMES O. BICKFORD                              United States Attorney
(D.D.C. Bar No. D00401)                          for the District of Columbia
Perkins Coie LLP
700 13th Street, NW                                  DANIEL F. VAN HORN, Bar # 924092
Suite 600                                                    Chief, Civil Division
Washington, DC 20005
(202) 654-6361                                          /s/ *Alexander D. Shoaibi*
Fax: (202) 654-9157                                 ALEXANDER D. SHOAIBI, Bar #423587
Email: jbickford@perkinscoie.com         Assistant United States Attorney
                                                                   Civil Division,
*Counsel for Plaintiff*                              Office of United States Attorney
                                                                   555 Fourth St., N.W.
                                                                   Washington, D.C.  20530
                                                                   (202) 307-0821
                                                                   Alexander.d.shoaibi@usdoj.gov

                                                                   *Counsel for Defendants*